IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARALA ANN HEWITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-281-RAH-CWB |
| | ) | |
| STATE OF ALABAMA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation entered June 16, 2023, dismissing this action without prejudice. (Doc. 6). The Plaintiff has filed no objections to this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 21st day of July 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE